```
1  Patrick R. Leverty, Esq.
   Nevada Bar No. 8840
2  Vernon E. Leverty, Esq.
   Nevada Bar No. 1266
3  LEVERTY & ASSOCIATES LAW CHTD.
   832 Willow Street
4  Reno, Nevada 89502
   Telephone: (775) 322-6636
5  Facsimile: (775) 322-3953
   pat@levertylaw.com
6  gene@levertylaw.com
   Attorneys for Plaintiff
7  Pacific Energy & Mining Company
```

___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

DEC 1 5 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PACIFIC ENERGY & MINING COMPANY,
a Nevada Corporation,

        Plaintiff,

vs.

MAXIMILIAN RESOURCES LLC, a
Delaware Limited Liability Company,

        Defendant.
_____/

CASE NO.   3:17-CV-00363-HDM-VPC

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

**(SIXTH REQUEST)**

      Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC stipulate that defendant shall have up to and including **January 5, 2018** to respond to the plaintiff's Complaint.

      MAXIMILIAN RESOURCES LLC requested this extension, and the plaintiff agreed, to allow the Receiver of Certain Platinum Partner funds to sort out issues pending in the Receivership Action pending in United States District Court for the Eastern District of New York bearing civil case No. NYC160148.

      In addition Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC have initiated settlement discussions and are attempting to resolve this matter without the need for litigation.

////

////

1

This is the sixth requested extension.

DATED this 14th day of December, 2017.

LEVERTY & ASSOCIATES LAW CHTD.

/S/ *Patrick Leverty*
Vernon E. Leverty, Esq.
Patrick R. Leverty, Esq.
832 Willow Street
Reno, NV 89502
*Attorneys for Pacific Energy & Mining Company*

DATED this 14th day of December, 2017.

SCHWARTZ FLANSBURG

/S/ *Bryan Lindsey*
Bryan A. Lindsey, Esq.
6623 Las Vegas Blvd South
Suite 300
Las Vegas, NV 89119
*Local Counsel for Maximilian Resources LLC*

IT IS SO ORDERED: There will be no further extensions.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

DATED: December 15, 2017

2

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that, on December 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/S/ *Patrick Leverty*
Patrick R. Leverty