| | |
|---|---|
| 1 | Patrick R. Leverty, Esq. |
|   | Nevada Bar No. 8840 |
| 2 | Vernon E. Leverty, Esq. |
|   | Nevada Bar No. 1266 |
| 3 | LEVERTY & ASSOCIATES LAW CHTD. |
|   | 832 Willow Street |
| 4 | Reno, Nevada 89502 |
|   | Telephone: (775) 322-6636 |
| 5 | Facsimile: (775) 322-3953 |
|   | pat@levertylaw.com |
| 6 | gene@levertylaw.com |
|   | Attorneys for Plaintiff |
| 7 | Pacific Energy & Mining Company |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PACIFIC ENERGY & MINING COMPANY,
a Nevada Corporation,

        Plaintiff,

vs.

MAXIMILIAN RESOURCES LLC, a
Delaware Limited Liability Company,

        Defendant.
_____/

CASE NO.    3:17-CV-00363-HDM-VPC

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT MAXIMILIAN RESOURCES LLC'S MOTION [DOC 30]**

**(FIRST REQUEST)**

Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC stipulate that Plaintiff shall have up to and including **February 2, 2018** to respond to the Defendant's Motion to (i) Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and/or (3), (ii) Transfer Venue Pursuant to 28 U.S.C. § 1404, or (iii) Stay this Action [Doc 30].

Plaintiff PACIFIC ENERGY & MINING COMPANY requested this extension, and the Defendant agreed, to allow Plaintiff time to draft the opposition. In addition Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC have are attempting to resolve this matter without the need for further litigation.

/ / / /

/ / / /

/ / / /

1

This is the first requested extension to respond to Defendant's motion.

DATED this 19th day of January, 2018.   DATED this 19th day of January, 2018.

LEVERTY & ASSOCIATES LAW CHTD.   SCHWARTZ FLANSBURG

/S/ *Patrick Leverty*
Vernon E. Leverty, Esq.
Patrick R. Leverty, Esq.
832 Willow Street
Reno, NV 89502
*Attorneys for Pacific Energy & Mining Company*

/S/ *Bryan Lindsey*
Samual A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
6623 Las Vegas Blvd South
Suite 300
Las Vegas, NV 89119

*Otterbourg, P.C.*,
Adam Silverstein, Esq.
Erik Weinick, Esq.
230 Park Avenue
New York, New York 10169
*Attorneys for Defendant Maximilian Resources LLC*

**IT IS SO ORDERED**:

/s/ Howard D. McKibben
UNITED STATES DISTRICT JUDGE

DATED: January 19, 2018