Patrick R. Leverty, Esq.
Nevada Bar No. 8840
Vernon E. Leverty, Esq.
Nevada Bar No. 1266
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
pat@levertylaw.com
gene@levertylaw.com
Attorneys for Plaintiff
Pacific Energy & Mining Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC ENERGY & MINING COMPANY, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIMILIAN RESOURCES LLC, a Delaware Limited Liability Company,<br><br>Defendant.<br>_____/ | CASE NO.   3:17-CV-00363-HDM-VPC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT MAXIMILIAN RESOURCES LLC'S MOTION [DOC 30]**<br>**(SECOND  REQUEST)** |

Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC stipulate that Plaintiff shall have up to and including **February 23, 2018** to respond to the Defendant's Motion to (i) Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and/or (3), (ii) Transfer Venue Pursuant to 28 U.S.C. § 1404, or (iii) Stay this Action [Doc 30].

Plaintiff PACIFIC ENERGY & MINING COMPANY requested this extension, and the Defendant agreed, to allow Plaintiff time to draft the opposition.  In addition Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC are attempting to resolve this matter without the need for further litigation.

/ / / /

/ / / /

/ / / /

1

This is the second requested extension to respond to Defendant's motion.

DATED this 30th day of January, 2018.　　　　DATED this 30th day of January, 2018.

LEVERTY & ASSOCIATES LAW CHTD.　　　　SCHWARTZ FLANSBURG

/S/ *Patrick Leverty*　　　　　　　　　　　　　/S/ *Bryan Lindsey*
Vernon E. Leverty, Esq.　　　　　　　　　　　Samual A. Schwartz, Esq.
Patrick R. Leverty, Esq.　　　　　　　　　　　Bryan A. Lindsey, Esq.
832 Willow Street　　　　　　　　　　　　　　6623 Las Vegas Blvd South
Reno, NV 89502　　　　　　　　　　　　　　　Suite 300
*Attorneys for Pacific Energy & Mining Company*　　Las Vegas, NV 89119

*Otterbourg, P.C.*,
Adam Silverstein, Esq.
Erik Weinick, Esq.
230 Park Avenue
New York, New York 10169
*Attorneys for Defendant Maximilian Resources LLC*

**IT IS SO ORDERED**:

*[Signature: Howard D. McKibben]*

UNITED STATES DISTRICT JUDGE
DATED: February 1, 2018