1  Patrick R. Leverty, Esq.
   Nevada Bar No. 8840
2  Vernon E. Leverty, Esq.
   Nevada Bar No. 1266
3  LEVERTY & ASSOCIATES LAW CHTD.
   832 Willow Street
4  Reno, Nevada 89502
   Telephone: (775) 322-6636
5  Facsimile: (775) 322-3953
   pat@levertylaw.com
6  gene@levertylaw.com
   Attorneys for Plaintiff
7  Pacific Energy & Mining Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC ENERGY & MINING COMPANY, a Nevada Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>MAXIMILIAN RESOURCES LLC, a Delaware Limited Liability Company,<br><br>                Defendant.<br>_____/ | CASE NO.   3:17-CV-00363-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT MAXIMILIAN RESOURCES LLC'S MOTION [DOC 30]**<br><br>**(THIRD REQUEST)** |

      Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC stipulate that Plaintiff shall have up to and including **March 23, 2018** to respond to the Defendant's Motion to (i) Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and/or (3), (ii) Transfer Venue Pursuant to 28 U.S.C. § 1404, or (iii) Stay this Action [Doc 30].

      Plaintiff PACIFIC ENERGY & MINING COMPANY requested this extension, and the Defendant agreed, to allow Plaintiff time to draft the opposition. In addition Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC are attempting to resolve this matter without the need for further litigation.

/ / / /

/ / / /

/ / / /

1

This is the third requested extension to respond to Defendant's motion.

DATED this 22nd day of February, 2018.   DATED this 22nd day of February, 2018.

LEVERTY & ASSOCIATES LAW CHTD.   OTTERBOURG, P.C.

/S/ *Patrick Leverty*   /S/ *Erik Weinick*
Vernon E. Leverty, Esq.   Adam Silverstein, Esq.
Patrick R. Leverty, Esq.   Erik Weinick, Esq.
832 Willow Street   230 Park Avenue
Reno, NV 89502   New York, New York 10169
*Attorneys for Pacific Energy & Mining Company*

Samual A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
SCHWARTZ FLANSBURG
6623 Las Vegas Blvd South
Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant Maximilian Resources LLC*

**IT IS SO ORDERED**:

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT JUDGE

DATED: February 22, 2018

2