Adam Silverstein, Esq. (Admitted Pro Hac Vice)
Erik Weinick, Esq. (Admitted Pro Hac Vice)
OTTERBOURG, P.C.
230 Park Avenue
New York, New York 10169

Samual A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
SCHWARTZ FLANSBURG
6623 Las Vegas Blvd South
Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant Maximilian Resources LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC ENERGY & MINING COMPANY, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIMILIAN RESOURCES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO.　3:17-CV-00363-HDM-VPC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT [DOC 61]**<br><br>**(FIRST REQUEST)** |

Plaintiff PACIFIC ENERGY & MINING COMPANY and defendant MAXIMILIAN RESOURCES LLC stipulate that Defendant shall have up to and including **July 25, 2018** to respond to the Motion for Summary Judgment [Doc. 61].

Defendant MAXIMILIAN RESOURCES LLC requested this extension, and the Plaintiff agreed, to allow Defendant time to draft the opposition. In addition Plaintiff MAXIMILIAN RESOURCES LLC and defendant PACIFIC ENERGY & MINING COMPANY are attempting to resolve this matter without the need for further litigation.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

This is the first requested extension to respond to Plaintiff's motion for summary judgment.

DATED this 14th day of June, 2018.  DATED this 14th day of June, 2018.

LEVERTY & ASSOCIATES LAW CHTD.  OTTERBOURG, P.C.

 /S/ *Patrick Leverty*  /S/ *Erik Weinick*
Vernon E. Leverty, Esq.  Adam Silverstein, Esq.
Patrick R. Leverty, Esq.  Erik Weinick, Esq.
832 Willow Street  230 Park Avenue
Reno, NV 89502  New York, New York 10169
*Attorneys for Pacific Energy & Mining Company*

Samual A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
SCHWARTZ FLANSBURG
6623 Las Vegas Blvd South
Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant Maximilian Resources LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: June 15, 2018