Patrick R. Leverty, Esq., Nevada Bar No. 8840
Vernon E. Leverty, Esq., Nevada Bar No. 1266
William R. Ginn, Esq., Nevada Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953

*Attorneys for Plaintiff Pacific Energy & Mining Company*

Samuel A. Schwartz, Esq., Nevada Bar No. 10985
Bryan A. Lindsey, Esq., Nevada Bar No. 10662
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 802-2206
Facsimile: (702) 385-2741

Adam Silverstein, Esq., Admitted Pro Hac Vice
Erik Weinick, Esq., Admitted Pro Hac Vice
OTTERBOURG, P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (702) 682-6104

*Attorneys for Defendant Maximilian Resources LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC ENERGY & MINING COMPANY, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIMILIAN RESOURCES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 3:17-cv-00363-HDM-CBC<br><br>**ORDER GRANTING AMENDED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT [DOC. 61] (THIRD REQUEST) AND MOTION TO DIMISS COUNTERCLAIMS [DOC.69] (SECOND REQUEST)** |

**WHEREAS**, Plaintiff Pacific Energy and Mining Company ("**Pacific**") commenced this

1

action against Defendant Maximilian Resources, LLC ("**Maximilian**" and together with Pacific, the "**Parties**") by filing a Complaint for Declaratory Judgment ("**Plaintiff's Complaint**") on June 9, 2017;

**WHEREAS**, on June 6, 2018, Pacific filed a motion requesting that this Court issue summary judgment in its favor (the "**Summary Judgment Motion**");

**WHEREAS**, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this Court, Maximilian's current deadline to oppose the Summary Judgment Motion is September 19, 2018 (the "**SJ Objection Deadline**");

**WHEREAS**, on July 2, 2018, Maximilian filed an answer to Plaintiff's Complaint and asserted certain counter-claims against Pacific;

**WHEREAS**, on July 17, 2018, Pacific filed a motion to dismiss Maximilian counter-complaint (the "**Motion to Dismiss**");

**WHEREAS**, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this Court, Maximilian's current deadline to oppose the Motion to Dismiss is September 19, 2018 (the "**Motion to Dismiss Objection Deadline**");

**WHEREAS**, the Parties are engaged in settlement discussions regarding the issue raised herein and numerous other issues involving multiple parties located in multiple locations;

**WHEREAS**, while the Parties continue to earnestly pursue settlement discussions, they wish to (i) avoid the cost and expense of litigating the Summary Judgement Motion and the Motion to Dismiss and (ii) preserve this Court's resources given the recent progress in negotiations;

**WHEREAS**, the Parties agree that adjourning the SJ Objection Deadline and the Motion to Dismiss Objection Deadline is in their best interests and further the goal of judicial economy;

**NOW THEREFORE**, in consideration of the foregoing, of the mutual promises and covenants herein, and other considerations, the reasonableness of which is hereby acknowledged, the Parties hereto agree as follows:

1. The Parties hereby agree that the Objection Deadline to the Summary Judgement Motion is extended through and including November 17, 2018.

2. The Parties hereby agree that the Objection Deadline to the Motion to Dismiss is extended through and including November 17, 2018.

| | |
|---|---|
| DATED this 7th day of September, 2018. | DATED this 7th day of September, 2018. |
| LEVERTY & ASSOCIATES LAW CHTD. | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| /s/ Patrick Leverty<br>Vernon E. Leverty, Esq.<br>Patrick R. Leverty, Esq.<br>832 Willow Street<br>Reno, NV 89502<br>*Attorneys for Pacific Energy<br>& Mining Company* | /s/ Bryan Lindsey<br>Samuel A. Schwartz, Esq.<br>Bryan A. Lindsey, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br><br>Adam Silverstein, Esq.<br>Erik Weinick, Esq.<br>OTTERBOURG, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>*Attorneys for Defendant<br>Maximilian Resources, LLC* |

**IT IS SO ORDERED.**

*[signature: Howard D. McKibben]*

SENIOR UNITED STATES DISTRICT JUDGE

DATED: September 12, 2018