Patrick R. Leverty, Esq., Nevada Bar No. 8840
Vernon E. Leverty, Esq., Nevada Bar No. 1266
William R. Ginn, Esq., Nevada Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953

*Attorneys for Plaintiff Pacific Energy & Mining Company*

Samuel A. Schwartz, Esq., Nevada Bar No. 10985
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 802-2206
Facsimile: (702) 385-2741

Adam Silverstein, Esq., Admitted Pro Hac Vice
Erik Weinick, Esq., Admitted Pro Hac Vice
OTTERBOURG, P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (702) 682-6104

*Attorneys for Defendant Maximilian Resources LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC ENERGY & MINING COMPANY, a Nevada Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>MAXIMILIAN RESOURCES LLC, a Delaware Limited Liability Company,<br><br>            Defendant. | Case No.:       3:17-cv-00363-HDM-CBC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT [DOC. 61] (FOURTH REQUEST) AND THE MOTION TO DISMISS COUNTER CLAIMS [DOC. 69] (THIRD REQUEST)** |

    **WHEREAS**, Plaintiff Pacific Energy and Mining Company ("**Pacific**") commenced this

1

action against Defendant Maximilian Resources, LLC ("**Maximilian**" and together with Pacific, the "**Parties**") by filing a Complaint for Declaratory Judgment ("**Plaintiff's Complaint**") on June 9, 2017;

WHEREAS, on June 6, 2018, Pacific filed a motion requesting that this Court issue summary judgment in its favor (the "**Summary Judgment Motion**");

WHEREAS, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this Court, Maximilian's current deadline to oppose the Summary Judgment Motion is November 17, 2018 (the "**SJ Objection Deadline**");

WHEREAS, on July 2, 2018, Maximilian filed an answer to Plaintiff's Complaint and asserted certain counter-claims against Pacific;

WHEREAS, on July 17, 2018, Pacific filed a motion to dismiss Maximilian counter-complaint (the "**Motion to Dismiss**");

WHEREAS, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this Curt, Maximilian's current deadline to oppose the Motion to Dismiss is November 17, 2018 (the "**Motion to Dismiss Objection Deadline**");

WHEREAS, the Parties are engaged in settlement discussions regarding the issue raised herein and numerous other issues involving multiple parties located in multiple locations;

WHEREAS, while the Parties continue to earnestly pursue settlement discussions, they wish to (i) avoid the cost and expense of litigating the Summary Judgement Motion and the Motion to Dismiss and (ii) preserve this Court's resources given the recent progress in negotiations wherein the Parties believe they have agreed upon certain of the material elements of a global settlement;

WHEREAS, the Parties agree that adjourning the SJ Objection Deadline and the Motion to Dismiss Objection Deadline is in their best interests and further the goal of judicial economy;

NOW THEREFORE, in consideration of the foregoing, of the mutual promises and covenants herein, and other considerations, the reasonableness of which is hereby acknowledged, the Parties hereto agree as follows:

1.   The Parties hereby agree that the Objection Deadline to the Summary Judgement Motion is extended through and including January 4, 2019.

2.   The Parties hereby agree that the Objection Deadline to the Motion to Dismiss is extended through and including January 4, 2019.

DATED this 8th day of November, 2018.

LEVERTY &  ASSOCIATES LAW CHTD.

*/s/ Patrick Leverty*
Vernon E. Leverty, Esq.
Patrick R. Leverty, Esq.
832 Willow Street
Reno, NV 89502
*Attorneys for Pacific Energy*
*& Mining Company*

DATED this 5th day of November, 2018.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Adam Silverstein, Esq.
Erik Weinick, Esq.
OTTERBOURG, P.C.
230 Park Avenue
New York, New York 10169
*Attorneys for Defendant*
*Maximilian Resources, LLC*

**IT IS SO ORDERED.**

SENIOR U.S. DISTRICT JUDGE

DATED:   November 8, 2018

3