Patrick R. Leverty, Esq., Nevada Bar No. 8840
Vernon E. Leverty, Esq., Nevada Bar No. 1266
William R. Ginn, Esq., Nevada Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
Telephone:  (775) 322-6636
Facsimile:  (775) 322-3953

*Attorneys for Plaintiff Pacific Energy & Mining Company*

Samuel A. Schwartz, Esq., Nevada Bar No. 10985
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone:  (702) 802-2206
Facsimile:  (702) 385-2741

Adam Silverstein, Esq., Admitted Pro Hac Vice
Erik Weinick, Esq., Admitted Pro Hac Vice
OTTERBOURG, P.C.
230 Park Avenue
New York, NY 10169  13
Telephone: (212) 661-9100
Facsimile:  (702) 682-6104

*Attorneys for Defendant Maximilian Resources LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC ENERGY & MINING COMPANY, a Nevada Corporation, | Case No.:    3:17-cv-00363-HDM-CBC |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT [DOC. 61] (FIFTH REQUEST)** |
| MAXIMILIAN RESOURCES LLC, a Delaware Limited Liability Company, | |
| Defendant. | **AND** |
| | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE MOTION TO DISMISS COUNTER CLAIMS [DOC. 69] (FOURTH REQUEST)** |

**WHEREAS**, Plaintiff Pacific Energy and Mining Company ("**Pacific**") commenced this

1

action against Defendant Maximilian Resources, LLC ("**Maximilian**," and together with Pacific, the "**Parties**") by filing a Complaint for Declaratory Judgment ("**Plaintiff's Complaint**") on June 9, 2017;

**WHEREAS**, on June 6, 2018, Pacific filed a motion requesting that this Court issue summary judgment in its favor (the "**Summary Judgment Motion**");

**WHEREAS**, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this Court, Maximilian's current deadline to oppose the Summary Judgment Motion is January 4, 2019 (the "**SJ Objection Deadline**");

**WHEREAS**, on July 2, 2018, Maximilian filed an answer to Plaintiff's Complaint and asserted certain counter-claims against Pacific;

**WHEREAS**, on July 17, 2018, Pacific filed a motion to dismiss Maximilian's counter-complaint (the "**Motion to Dismiss**");

**WHEREAS**, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this Court, Maximilian's current deadline to oppose the Motion to Dismiss is January 4, 2019 (the "**Motion to Dismiss Objection Deadline**");

**WHEREAS**, the Parties are engaged in settlement discussions regarding the issue raised herein and numerous other issues involving multiple parties located in multiple jurisdictions;

**WHEREAS**, while the Parties continue to earnestly pursue settlement discussions, they wish to (i) avoid the cost and expense of litigating the Summary Judgement Motion and the Motion to Dismiss and (ii) preserve this Court's resources given the progress in negotiations wherein the Parties believe they have agreed upon certain of the material elements of a global settlement;

**WHEREAS**, the Parties agree that adjourning the SJ Objection Deadline and the Motion to Dismiss Objection Deadline is in their best interests and further the goal of judicial economy;

**NOW THEREFORE**, in consideration of the foregoing, of the mutual promises and covenants herein, and other considerations, the reasonableness of which is hereby acknowledged, the Parties hereto agree as follows:

1    1.   The Parties hereby agree that the Objection Deadline to the Summary Judgement Motion

2    is extended through and including February 8, 2019.

3    2.   The Parties hereby agree that the Objection Deadline to the Motion to Dismiss is

4    extended through and including February 8, 2019.

DATED this 12th day of December, 2018.     DATED this 12th day of December, 2018.

LEVERTY & ASSOCIATES LAW CHTD.     BROWNSTEIN HYATT FARBER
SCHRECK, LLP

/s/ Patrick Leverty             /s/ Samuel A. Schwartz
Vernon E. Leverty, Esq.           Samuel A. Schwartz, Esq.
Patrick R. Leverty, Esq.           100 North City Parkway, Suite 1600
832 Willow Street                Las Vegas, NV 89106
Reno, NV 89502

                             Adam Silverstein, Esq.
*Attorneys for Pacific Energy*      Erik Weinick, Esq.
*& Mining Company*              OTTERBOURG, P.C.
                             230 Park Avenue
                             New York, NY 10169

                             *Attorneys for Defendant*
                             *Maximilian Resources, LLC*

**IT IS SO ORDERED.**

*Howard D. McKibben*

SENIOR U.S. DISTRICT JUDGE

DATED: December 13, 2018