1  Patrick R. Leverty, Esq., Nevada Bar No. 8840
2  Vernon E. Leverty, Esq., Nevada Bar No. 1266
   William R. Ginn, Esq., Nevada Bar No. 6989
3  LEVERTY & ASSOCIATES LAW CHTD.
   832 Willow Street
4  Reno, NV 89502
5  Telephone: (775) 322-6636
   Facsimile: (775) 322-3953
6  *Attorneys for Plaintiff Pacific Energy & Mining Company*

7  Samuel A. Schwartz, Esq., Nevada Bar No. 10985
8  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
9  Las Vegas, NV 89106
   Telephone: (702) 202-2206
10 Facsimile: (702) 385-2741

11
   Adam Silverstein, Esq., Admitted Pro Hac Vice
12 Erik Weinick, Esq., Admitted Pro Hac Vice
   OTTERBOURG, P.C.
13 230 Park Avenue
   New York, New York 10169
14 Telephone: (212) 661- 9100
15 Facsimile: (212) 682-6104
   *Attorneys for Defendant Maximilian Resources LLC*

16

17                 **UNITED STATES DISTRICT COURT**

18                      **DISTRICT OF NEVADA**

19 | PACIFIC ENERGY & MINING COMPANY, | Case No.: 3:17-cv-00363-HDM-CBC |
20 | a Nevada Corporation, | |

21 |                        Plaintiff, | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT [DOC. 61] (SIXTH REQUEST)** |
22 | vs. | |
23 | | |
   | MAXIMILIAN RESOURCES LLC, | |
24 | a Delaware Limited Liability Company, | |
25 |                        Defendant. | **AND** |
26 | | **ORDER GRANTING STIPULATION FOR EXTENSTION OF TIME FOR DEFENDANT TO RESPOND TO THE MOTION TO DISMISS COUNTER CLAIMS [DOC. 69] (FIFTH REQUEST)** |
27
28

1

**WHEREAS,** Plaintiff Pacific Energy and Mining Company ("**Pacific**") commenced this action against Defendant Maximilian Resources, LLC ("**Maximilian**" and together with Pacific, the "**Parties**") by filing a Complaint for Declaratory Judgement ("**Plaintiff's Complaint**") on June 9, 2017;

**WHEREAS**, on June 6, 2018, Pacific filed a motion requesting that this Court issue a summary judgment in its favor (the "**Summary Judgment Motion**");

**WHEREAS**, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this court, Maximilian's current deadline to oppose the Summary Judgment Motion is February 8, 2019 (the "**SJ Objection Deadline**");

**WHEREAS**, on July 2, 2018, Maximilian filed an answer to Plaintiff's Complaint and asserted certain counter-claims against Pacific;

**WHEREAS**, on July 17, 2018, Pacific filed a motion to dismiss Maximilian counter-complaint ("**Motion to Dismiss**");

**WHEREAS**, pursuant to a stipulation agreed to by Pacific and Maximilian and so ordered by this Court, Maximilian's current deadline to oppose the Motion to Dismiss is February 8, 2019 (the "**Motion to Dismiss Objection Deadline**");

**WHEREAS**, after extensive months-long settlement discussions regarding the issues raised herein and numerous other issues involving multiple parties located in multiple jurisdictions, the Parties have agreed to the material terms of a global settlement which they are in the process of documenting;

**WHEREAS**, the Parties agree that adjourning the SJ Objection Deadline and the Motion to Dismiss Objection Deadline is in their best interest and furthers the goal of judicial economy;

**NOW THEREFORE**, in consideration of the foregoing, of the mutual promises and covenants herein, and other considerations, the reasonableness of which is hereby acknowledged, the Parties hereto agree as follows:

1. The Parties hereby agree that the Objection Deadline to the Summary Judgment Motion is extended through and including March 8, 2019.

2.   The Parties hereby agree that the Objection Deadline to the Motion to Dismiss is extended through and including March 8, 2019.

DATED this 31st day of January, 2019.          DATES this 31st day of January, 2019.

LEVERTY & ASSOCIATES LAW CHTD.          BROWNSTEIN HYATT FARBER
                                                                                SCHRECK, LLP

*/s/ Patrick Leverty*                                              */s/ Samuel A. Schwartz*
Vernon E. Leverty, Esq.                                    Samuel A. Schwartz, Esq.
Patrick R. Leverty, Esq.                                    100 North City Parkway, Suite 1600
832 Willow Street                                              Las Vegas, Nevada 89106
Reno, NV 89502
*Attorneys for Pacific Energy & Mining*           Adam Silverstein, Esq.
*Company*                                                       Erik Weinick, Esq.
                                                                        OTTERBOURG, P.C.
                                                                        230 Park Avenue
                                                                        New York, New York 10169
                                                                        *Attorneys for Defendant*
                                                                        *Maximilian Resources, LLC*

    **IT IS SO ORDERED.**

_____
SENIOR U.S. DISTRICT JUDGE

DATE: February 5, 2019