Patrick R. Leverty, Esq., Nevada Bar No. 8840
Vernon E. Leverty, Esq., Nevada Bar No. 1266
William R. Ginn, Esq., Nevada Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953

*Attorneys for Plaintiff Pacific Energy & Mining Company*

Samuel A. Schwartz, Esq., Nevada Bar No. 10985
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant Maximilian Resources LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC ENERGY & MINING COMPANY, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIMILIAN RESOURCES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 3:17-cv-00363-HDM-CBC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Pacific Energy & Mining Company ("<u>Plaintiff</u>") and defendant Maximilian Resources, LLC ("<u>Defendant</u>"), by their respective undersigned attorneys, hereby jointly stipulate to the dismissal of the above-styled cause with prejudice, including all claims and defenses between Plaintiff and Defendant asserted herein.

Each party shall bear its own attorney's fees, costs and disbursements.

1

The parties respectfully request this Court to enter an order dismissing the Complaint in the above-styled cause with prejudice.

DATED this __ day of February, 2019

LEVERTY & ASSOCIATES LAW CHTD. 9

*/s/ Patrick Leverty*
Patrick R. Leverty, Esq.
832 Willow Street Reno, NV 89502

*Attorneys for Pacific Energy & Mining Company*

DATED this __ day of February, 2019

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Adam Silverstein, Esq.
Erik Weinick, Esq.
OTTERBOURG, P.C.
230 Park Avenue
New York, NY 10169

*Attorneys for Defendant Maximilian Resources, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

PACIFIC ENERGY & MINING COMPANY,
a Nevada Corporation,

    Plaintiff,

vs.

MAXIMILIAN RESOURCES LLC,
a Delaware Limited Liability Company,

    Defendant.

Case No.: 3:17-cv-00363-HDM-CBC

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS MATTER came on for consideration of the Joint Stipulation of Dismissal with Prejudice filed jointly by plaintiff Pacific Energy & Mining Company ("<u>Plaintiff</u>") and defendant Maximilian Resources, LLC ("<u>Defendant</u>"), that all claims in the above-styled action would be dismissed with prejudice with each party to bear its own attorneys' fees, costs and disbursements. The Court has considered the stipulation and the file and is otherwise fully advised in the premises. It is thereupon

**ORDERED AND ADJUDGED that**

1. The Joint Stipulation of Dismissal with Prejudice is hereby approved.

2. The above-styled cause, including all claims and defenses asserted herein, are hereby dismissed with prejudice.

3. Each party shall bear its own attorneys' fees, costs and disbursements.

**IT IS SO ORDERED:**

*/s/ Howard D. McKibben*
U.S. DISTRICT JUDGE

DATED: February 19, 2018